No. 481. LINDGREN *v.* SAME. November 11, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. H. B. McCawley* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.

No. 486. PEYSER *v.* McLEAN. November 11, 1935. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Messrs. William C. Sullivan* and *Simon E. Sobeloff* for petitioner. *Mr. Edgar Allen Poe* for respondent.

No. 491. WELLS FARGO BANK & UNION TRUST CO., EXECUTOR, *v.* McLAUGHLIN, COLLECTOR OF INTERNAL REVENUE. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Archibald J. Treat* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 474. CURRERI *v.* VICE, U. S. MARSHAL. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Hugh L. Smith* and *James F. Brennan* for petitioner. *Messrs. Alfred Sutro* and *Eugene M. Prince* for respondent.

No. 493. JULIUS LEVINE & CO. ET AL. *v.* AUTOMATIC PAPER MACHINE CO. ET AL. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals